**Order entered July 17, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01431-CV

### SCOTT ALAN COPELAND, Appellant

### V.

### DIANE COPELAND, Appellee

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-54524-2018**

## ORDER

Before the Court are (1) appellee's pro se second motion to extend time to file brief and (2) appellant's response and motion for temporary relief. We note appellee's brief was first due June 1, 2019. That deadline was subsequently extended to July 15, 2019 to allow her an opportunity to retain counsel. She now seeks an additional forty-five days because she has yet to obtain counsel. Appellant opposes the extension, and asks that the protective order, which is the subject of this appeal, be "set aside" during the pendency of the appeal. We **ORDER** as follows.

We **GRANT** appellee's motion to the extent her brief shall be filed no later than August 14, 2019. We caution that further extension requests will be disfavored. We **DENY** appellant's request for a stay of the protective order.

Although we previously cautioned appellee that any motion she filed must comply with the certificate of conference requirement in appellate rule 10.1(a)(5), appellee's second extension motion did not contain a certificate of conference. *See* TEX. R. APP. P. 10.1(a)(5). Accordingly, we again caution appellee that any future motions shall comply with the rule.

/s/    KEN MOLBERG
         JUSTICE